## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EMILIO ANTONIO ALMANZA | § | CASE NO. 09-46032-EDJ |
| ELSA MARIA ALMANZA | § | CHAPTER 13 |
| | § | |
| | § | JUDGE EDWARD D. JELLEN |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Bank of America N.A**
**475 Crosspoint Parkway / P.O. Box 9000**
**Getzville, New York 14068**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Larry Buckley

Larry Buckley

F# 5645-N-8672
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Bank of America N.A

## CERTIFICATE OF SERVICE

      I, Larry Buckley, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before August 10, 2009:

**Debtors' Attorney**
Patrick L. Forte
Law Offices Of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA  94612-3610

**Chapter 13 Trustee**
Martha  G. Bronitsky
Post Office Box 5004
Hayward, California 94540-5004

**U.S. Trustee**
Office of the US Trustee
1301 Clay Street #690N
Oakland, California 94612

                                            /s/ Larry Buckley

                                            Larry Buckley

5645-N-8672
noaelect