# United States Bankruptcy Court

California-Northern-Oakland

In re EMILIO A ALMANZA ,  Case No. 09-46032

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Real Time Resolutions, Inc | JP Morgan Chase Bank, NA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Real Time Resolutions, Inc

Court Claim # (if known): 3
Amount of Claim: $ 114,934.90
Date Claim Filed: 7/30/2009

1750 Regal Row Dr. Suite 120
Dallas, TX 75235

Phone: (877)340-9141          Phone: ( ) -
Last Four Digits of Acct #: 8221     Last Four Digits of Acct #: 8221

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc
PO Box 35888
Dallas, TX 75235

Phone:
Last Four Digits of Acct #: 8221

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cynthia Allman          Date: 7/6/2012
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.